## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WESLEY IRA PURKEY,** | : |
| **Plaintiff,** | : |
| v. | : Case Number 1:19-cv-03214 |
| **WILLIAM P. BARR, et al.,** | : |
| **Defendants.** | : |

### REQUEST FOR EXPEDITED HEARING AND STATEMENT OF FACTS MAKING EXPEDITION ESSENTIAL

Please take notice that Plaintiff is requesting that the Court hold a hearing on Plaintiff's Application for a Preliminary Injunction on or before November 21, 2019. Pursuant to Civil Local Rule 65.1(d), Plaintiff submits this Statement of Facts making expedition essential in this matter.

On July 25, 2019, the Department of Justice ("DOJ") announced a new federal execution protocol. As set forth in Plaintiff's Motion for Preliminary Injunction, Plaintiff Mr. Purkey alleges that this protocol violates his First, Fifth, and Eighth Amendment rights under the United States Constitution as well as the Administrative Procedure Act, 5 U.S.C. § 501 *et seq*.

The DOJ scheduled Mr. Purkey to be executed pursuant to the newly announced protocol on December 13, 2019. Without the Court's intervention, Mr. Purkey will be executed pursuant to the challenged execution protocol in just six weeks, well before he can fully litigate his claims.

For these reasons, expedited consideration and decision in this matter is necessary to prevent harm to Plaintiff.

DATED: October 31, 2019                Respectfully Submitted,

/s/ Arin Smith

Arin Smith (D.C. Bar No. 1045248)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6959

Alan Schoenfeld (*pro hac vice* forthcoming)
Ryan Chabot (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

*Attorneys for Plaintiff*