# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wesley Ira Purkey,<br><br>*Plaintiff*,<br><br>v.<br><br>William B. Barr, et al.,<br><br>*Defendants*. | No. 19-cv-3214 (TSC) |

## NOTICE OF WITHDRAWAL OF ATTORNEY ARIN SMITH

Arin Smith respectfully withdraws her appearance for plaintiff Wesley Ira Purkey in this matter.  Ms. Smith submits this notice to effect a full withdrawal from this case; a similar notice of withdrawal has been filed on the consolidated docket, *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, 19-mc-145 (TSC), where Mr. Purkey will continue to be represented by all other counsel who have entered appearances on his behalf.

DATED:    March 3, 2020

/s/ *Arin Smith*
Arin Smith (D.C. Bar No. 1045248)
Wilmer Cutler Pickering Hale and
Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6959
arin.smith@wilmerhale.com

*Counsel for Plaintiff Purkey*

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Withdrawal was served on all

counsel of record via the Court's CM/ECF system.

/s/ *Arin Smith*
Arin Smith
(D.C. Bar No. 1045248)
Wilmer Cutler Pickering Hale and
Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6959
arin.smith@wilmerhale.com